UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

vs.

Case No. 10-CR-20162-3

HON. ROBERT H. CLELAND

BARRON DION HILL,

    Defendant.
                              /

**ORDER GRANTING MOTION TO WITHDRAW
AND DETERMINING EXCLUDABLE DELAY**

This matter comes before the court on Jonathan Epstein's Motion to Withdraw filed on August 17, 2010. A hearing was held on August 26, 2010 and for the reasons stated on the record by counsel and this court, the Court will grant the motion. Therefore,

IT IS ORDERED that the Motion to Withdraw is **GRANTED**. The Federal Defender's Office is directed to appoint new counsel. Upon the filing of an appearance by the new attorney, this court will schedule a status conference with counsel and issue a scheduling order setting new dates.

IT IS FURTHER ORDERED that the time period from August 26, 2010 to September 26, 2010 shall be excludable from time calculation mandated by the Speedy Trial Act, 18 U.S.C. § 3161(H)(7)(A)(B) and 18 U.S.C. § 3161(H)(7)(B)(iv), and that the ends of justice served by this delay outweigh the public's and the defendant's interest in

a speedy trial.

                    S/Robert H. Cleland
                    ROBERT H. CLELAND
                    UNITED STATES DISTRICT JUDGE

Dated: September 3, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 3, 2010, by electronic and/or ordinary mail.

                    S/Lisa Wagner
                    Case Manager and Deputy Clerk
                    (313) 234-5522