MIE 3
Revised 07/12

Order of the Court to Dismiss Recall Warrant

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

v.

HILL, Barron Dion                                     Crim. No.: 10CR20162-03

On 07/20/2021 the Court authorized a petition and warrant for probation violation charge(s).

On August 31, 2021, the violation charges were heard and the defendant pled guilty to both violations. Sentencing was adjourned until December 1, 2021. HILL was instructed to have no contact the victim and to complete a 12-week anger management course.

On December 1, 2021, the Court was informed the defendant had completed the anger management course and was in compliance with all aspects of supervision.

The probation department is recommending that the violation petition be dismissed and the warrant be recalled and supervision is terminated.

Reviewed and Approved:                           Respectfully submitted,

s\Ann R. Smith                                   s\Natalie Karpac
Supervising United States Probation Officer      United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be terminated.

Dated this 3RD Day of December , 2021.

s/Robert H. Cleland
Honorable Robert H. Cleland
United States District Judge

cc: U.S. Marshal